L. TIMOTHY FISHER (Bar No. 191626)
ltfisher@bursor.com
YEREMEY O. KRIVOSHEY (Bar No. 295032)
ykrivoshey@bursor.com
**BURSOR & FISHER, P.A.**
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Tel: 925.300.4455
Fax: 925.407.2700

*Attorneys for Plaintiffs and the Proposed Class*

United States District Court
CENTRAL District of California

| | |
|---|---|
| KARLA MAREE and MOURAD GUERDAD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DEUTSCHE LUFTHANSA AG, a German public limited company,<br><br>Defendant. | CASE NO. 8:20-cv-885-MWF-MRW<br><br>Date: September 13, 2021<br>Time: 10:00 a.m.<br>Crtrm:  5A<br>Judge:  Hon. Michael W. Fitzgerald |

DECLARATION OF WILLIAM W. WICKERSHAM REGARDING CLASS NOTICE PLAN
CASE NO. 8:20-cv-885-MWF-MRW

**I, WILLIAM W. WICKERSHAM, declare as follows:**

1.      I am over 21 years of age and am not a party to this action. This declaration is based on my personal knowledge, information provided by the staff of RG/2 Claims Administration, LLC ("RG/2"), and information provided by RG/2's media partners, Élan Legal Media ("Élan").  If called as a witness, I could and would testify competently to the facts stated herein.

2.      I am a Vice-President of Business Development and Client Relations at RG/2, which has been retained as the Settlement Administrator responsible for administering the Notice Plan ("Notice Plan") and the claims administration processes for the above-captioned action.  RG/2 is a leader in class action settlement administration that provides settlement administration services and notice plans for class actions involving consumer rights, securities, product liability, environmental, employment, and discrimination. I have experience in all areas of class action settlement administration including notification planning including direct notice by mail and email, print publication notice, and digital publication notice methodologies.

3.      A copy of RG/2's firm background and capabilities is attached hereto as Exhibit 1.

4.      I designed the Notice Plan for the settlement in the above-captioned action ("Settlement") in concert with RG/2's media partner, Élan. I am responsible for directing RG/2's execution of the Notice Plan.

5.      This Declaration describes (a) the methodology used to create the proposed Notice Plan; (b) direct notice to those Class Members for whom Lufthansa has email addresses; (c) the notice to be mailed to class members for whom Lufthansa has mailing addresses; (d) the digital media notice plan; (e) the Settlement Website; (7) the toll-free

helpline, and (8) the press release.

## METHODOLOGY

6.    The Notice Plan developed by RG/2 and Élan was designed to reach a minimum of 90% of the Class consistent with other effective court-approved notice programs, and the Federal Judicial Center's (FJC) Judges' Class Action Notice and Claims Process Checklist and Plain Language guide.  As such, the Notice Plan represents the best notice practicable and satisfies all due process requirements.

7.    Working with our media partner, Élan, RG/2 designed a Notice Plan that utilizes internet banner advertising, social media sponsored posts, paid search text ads, and online video advertisements to reach potential Class Members in the Settlement.  In designing the Notice Plan, we took account of the consumer data that will allow us to target all residents of the United States who purchased ticket Lufthansa in 2020.

8.    The proposed Notice Plan uses methods that have been and are currently used by the nation's largest digital marketing, advertising, and media departments to target and place billions of dollars in advertising.  These methods include the sophisticated targeting capabilities of digital marketing technologies to meet and reach Class Members through various digital and social media platforms.

### PROPOSED NOTICE PLAN

9.    The objective of the proposed Notice Plan is to provide notice of the proposed Settlement to members of the Proposed Class ("Class Members" or "Class") that satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure. The Notice Plan is also consistent with other effective court-approved notice programs in class-action matters and the Federal Judicial Center's (FJC) Judges' Class Action Notice and Claims Process

Checklist and Plain Language Guide.

10.     I understand that, subject to certain exclusions not relevant for publication notice planning, the Class includes:  All residents of the United States who purchased a Qualifying Flight on Lufthansa scheduled to operate to or from the United States from January 1, 2020 to the Class Notice Date whose flights were cancelled by Lufthansa (the "Settlement Class").

11.     Based upon Élan's research, the target audience that is consistent with the Class Member purchasers is estimated to be 48% male and 52% female, with the highest concentration in the 45-54 age range.  The Class also has a high index for Asian consumers. The most common annual household income level is in the $200,000 - $249,999 range.

12.     In terms of media consumption behaviors, the target audience profiles as heavy internet users, with 69% active on Facebook and 57% on YouTube.

13.     The research summarized above indicates that a digital notice campaign is a highly effective and efficient approach to reaching the target audience.

14.     More specifically, we have designed a Media Notice Plan that includes four elements:

(a) Digital Banner ads on the Google Display Network as well as Élan's Programmatic Display DSP

(b) Social media notice using paid static ads on Facebook/Instagram social media platforms;

(c) Digital ads placed on YouTube;

(d) Paid search notice ads placed on the Google + Bing search engines to appear in response to targeted search terms;

(e) A press release containing the contents of the Summary Notice released nationally through national wire service;

(f) A dedicated, informational website through which Class Members can obtain more detailed information about the Settlement, access the Long-Form Notice and case documents, and file a claim for benefits; and

(g) A toll-free telephone and email helpline by which Class Members can obtain additional information about the Settlement and request a copy of the Long-Form Notice and Claim Form

15. The digital publication notice components of the Media Notice Plan constitute a multi-channel, digital campaign designed to obtain over 8.5 million individual notice impressions directed to the target audience. Coverage and exposure will be further increased by the publication of the Settlement Website and the toll-free helpline described below.

## DIRECT NOTICE

16. Lufthansa has represented that the total class size is approximately 166,360 Settlement Class Members.   Of the Settlement Class we understand that Lufthansa possess email addresses for 77% of the Settlement Class and mailing addresses for an additional 3.4% (for whom Lufthansa has no email address, but does have a mailing address).  Based upon the information provided by Lufthansa the direct mail notice component alone will reach over 80% of the class.

17. RG/2 will mail the Notice in substantially the form attached as Exhibit D to the Settlement Agreement to the last known mailing address of each member of the Settlement Class for whom Lufthansa has no email address, but does have a mailing address.

18. The Mailed Notice will summarize the terms of the Settlement and direct

members of the Settlement Class to a website from which they may obtain more detailed information and documents, including, among other things, a Claim Form attached to the Settlement Agreement as Exhibit B.

19.     In addition, RG/2 will transmit an electronic version of the Long Form Notice (Settlement Exhibit C) to the members of the Settlement Class for whom Defendant has e-mail contact information.  RG/2 will follow standard e-mail best practices to increase deliverability and bypass junk and SPAM filters, including through use of "unsubscribe" links and RG/2's contact information.

20.     After disseminating e-mail notice, RG/2 will track e-mail delivery attempts. If an item is returned as undeliverable (commonly referred to as a "bounce") a reason is provided. If the return indicates that the e-mail address does not exist as attempted (commonly referred to as a "hard bounce") no additional attempts to deliver the e-mail will be made.  If the returned e-mail indicates that the target inbox is full, that delivery has been blocked or deferred by the internet service provider, or that any other circumstances prevent delivery (commonly referred to as a "soft" bounce), RG/2 will attempt to re-send the e-mail for period of 72 hours. If the e-mail still cannot be delivered after the 72-hour period, it will be deemed undeliverable and no additional delivery attempts will be made.

21.     For all Class Members for whom e-mail notice is undeliverable but Lufthansa possesses a mailing address, RG/2 will send a Mailing Notice to the last known mailing address of each such Class Member.

## INTERNET AND SOCIAL MEDIA DIGITAL ADVERTISEMENT NOTICE

22.     Based upon information provided by Lufthansa, the additional approximate 20% of the Settlement Members for whom they do not have contact information are

primarily persons who bought tickets through third party travel agents and travel websites. To reach as many of these particular Settlement Class Members as possible, the digital media notice campaign will place digital ads with a link to the Settlement Website on different internet platforms.  Ads will appear on four separate "channels" of internet/social media platforms, each of which is optimized to reach the target audience.  To that end, the digital media notices will run on websites and social media platforms targeting the class's demographics.  The four platforms are:

- Programmatic Display – 4.6 million viewable internet banner ad impressions targeting websites that are indexed for US Adults over 18+; with interests connected to Lufthansa and booking travel through travel agents and travel websites;

- Facebook, Instagram, Facebook messenger, Instant articles – 3.3 million impressions targeting adults 18 and over, with interests in Lufthansa, International Flight;

- YouTube – 500,00 viewable video impressions targeting adults 18 and over, who search or affinity for to flying with Lufthansa, Lufthansa News;

- Google + Bing Paid Search – approximately 41,071 viewable text ad impressions targeting adults over 18 who search for selected search terms and topics related to the class demographic and this settlement.

23.	The performance of the digital media placements on the selected platforms will be continually evaluated during the claims period to determine those placements that are producing the best results in terms of qualified visits to the Settlement website. Accordingly, placements on underperforming platforms will be reduced and placements on high-performing websites will be increased in order to increase the efficiency and effectiveness of the web-based notice tactics.

## PRESS RELEASE

24.	In addition to the above, RG/2 will also disseminate a short form version of the notice in a national press release through a nation wire service.

## SETTLEMENT WEBSITE

25.    Prior to the launch of the direct and web-based media campaign, RG/2 will create a dedicated settlement website established for the purposes of disseminating the Notice of Class Certification with the contents of the Court-approved Settlement Notices and Claim Form.

26.    RG/2 will work with the counsel to update the case website to finalize the content for the website and the claims portal.  The website will provide Class Members with general information about the Settlement, answers to frequently asked questions, important dates and deadline information, a summary of Settlement benefits, the ability to file an online claim form, a means by which to download copies of certain Settlement documents (including the Long Form and Summary Notices, Downloadable Claim Form, Settlement Agreement, and Preliminary Approval Order), and contact information for the Claims Administrator.

## TOLL-FREE AND EMAIL HELPLINE

27.    Prior to the launch of the notice campaign, RG/2 will make available a toll-free number and email address to assist potential Class Members and any other persons seeking information about the Settlement.  The helpline will be staffed by live operators during normal business hours and will be fully automated and will operate 24 hours per day, seven days per week. Callers will have the option to leave a message in order to speak with the Claims Administrator who will return their call within 24 hours. Class members how email will have their emails responded to with 24 hours on a normal business day.

28.    The toll-free helpline will include a voice response system that allows callers to listen to general information about the Settlement, listen to responses to frequently asked

questions ("FAQs"), or request a paper version of the Long Form Notice and Claim Form.

29.    RG/2 will work with Counsel to finalize responses to the FAQs that will incorporate the information contained in the Court-approved Class Notice that will provide accurate answers to anticipated questions about the Settlement.

1

2

3

## **EXHIBITS**

30.    Attached hereto are true and correct copies of the following exhibits:

(a)    Exhibit 1:  Background information on RG/2 Claims Administration LLC

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and was executed in New York, NY on August 16, 2021.

_____

William. W. Wickersham

# EXHIBIT 1





SETTING A NEW STANDARD IN
CLASS ACTION CLAIMS ADMINISTRATION

**PHILADELPHIA • NEW YORK • ATLANTA • SAN DIEGO • SAN FRANCISCO**

# TABLE OF CONTENTS

**4**     **Class Action Experience**

**5**     **Cutting-Edge Technology and Skilled Resources**

**7**     **Full Life-Cycle Support for Your Class Action**

**8**     **Range of Services**

## Class Action Experience
## High-Quality Service at Competitive Rates

RG/2 Claims seasoned professionals utilize their vast class action experience, tax and financial management resources to deliver high-quality service at competitive rates.

**RG/2 Claims** is a boutique class action claims administration firm with a nationwide presence founded by seasoned class action practitioners and highly credentialed tax professionals. Our leadership team has a collective 100 years' experience working in the field of class action litigation and settlement administration to leverage for the benefit of counsel. Our team of driven class action attorneys, *highly credentialed CPAs and forensic accountants* approach each matter with a personal goal to shepherd the settlement through the process from settlement negotiations through final approval. Our personal attention and care ensures that the administration is handled in a seamless matter that allows counsel to proceed with the knowledge and confidence that their settlement will receive the attention and care that they demand. In addition, our operations and IT personnel bring individualized innovations to each engagement, driving the notice and settlement administration to conclusion. We have the experience to handle large settlements with the personal attention and care expected from a boutique firm.

**RG/2 Claims recognizes that cutting-edge technology is the key to efficient and reliable claim processing. Our IT Group, including an experienced web design team, enables RG/2 Claims to employ technologies used to enhance accuracy, efficiency and interaction of all participants in the claims process. Our approach focuses on analysis of case needs, development of solutions to maximize resources and reduce costs through accurate and efficient data collection and entry, and ongoing maintenance and support. Throughout the entire claims process, our goal is to (1) optimize completeness, accuracy and efficiency of the data management system, including online integration; (2) validate critical fields and data; and (3) track opt-outs and claimant responses. RG/2 Claims' proprietary database application provides a *single source for managing the entire claims administration process and expediting decision making and resource management*. From the initial mailing through distribution of settlement funds and reconciliation of distributed payments, RG/2 Claims' CLEVerPay® system centralizes data, facilitating information sharing and efficient communication.**

4



# Cutting-Edge Technology and Skilled Resources

## The CLEVerPay® System: A proprietary and revolutionary application developed exclusively by RG/2 Claims.

At RG/2 Claims, we developed a proprietary and customizable database with the goal of providing single-source management throughout the claims administration process, expediting decision making and resource management.

From the initial mailing through distribution of settlement funds and reconciliation of payments, RG/2 Claims' CLEVerPay® system centralizes the entire process while providing information sharing and communications solutions.

Our CLEVerPay® system is a robust and user-friendly resource that can be easily customized to meet your administration and distribution needs. We recognize how essential it is for data to be clean, centralized and readily accessible. RG/2 Claims' CLEVerPay® system has the capacity to assimilate and analyze large amounts of raw data from multiple inputs, to convert that raw data into useful information and to distribute the useful information in a variety of formats.

The integration of these elements results in timely and accurate distribution of secure payments generated from RG/2 Claims' single-source CLEVerPay® system.

For more information, please visit our website to download our CLEVerPay® System Datasheet at: http://www.rg2claims.com/pdf/cleverPayDatasheet.pdf.



**Locations**



San Francisco

San Diego

New York
Philadelphia

Atlanta

**PHILADELPHIA**
30 South 17th Street • Philadelphia, PA 19103-4196
**P** 215.979.1620 • **F** 215.979.1695

**NEW YORK**
1540 Broadway • New York, NY 10036-4086
**P** 212.471.4777 • **F** 212.692.1020

**ATLANTA**
1075 Peachtree Street NE, Suite 2000 • Atlanta, GA 30309-3929
**P** 404.253.6904 • **F** 404.253.6905

**SAN DIEGO**
750 B Street, Suite 2900 • San Diego, CA 92101-4681

**SAN FRANCISCO**
Spear Tower • One Market Plaza, Suite 2200 • San Francisco, CA 94105-1127
**P** 415.957.3011 • **F** 415.957.3090



6

# Full Life-Cycle Support for Your Class Action
## With You Every Step of the Way

Whether engaged as a court-appointed settlement administrator, claims agent or disbursing agent, RG/2 Claims offers a complete range of claims, settlement administration and investment management services, including but not limited to:

### PROFESSIONAL CASE MANAGEMENT CONSULTING

RG/2 Claims provides custom pre-settlement consultation and highly personalized attention throughout the life cycle of settlement administration. Each retention begins with an in-depth consultation concerning the specific needs of the case. Our professionals routinely and proactively identify administrative concerns and identify and propose solutions that avoid delay and remove unpredictability from the equation. We work through a coordinated approach involving a core of specialists that are intimately familiar with the case entrusted to our care. Our retentions result in effective and efficient solutions and greater peace of mind for busy lawyers.

### NOTIFICATION PLANNING AND CAMPAIGNS

Whether routine or innovative, RG/2 Claims designs cost-effective and thorough notification plans that will suit your budget whether the settlement is national in scope or highly localized. RG/2 Claims guides you through the array of notice publication options at your disposal in a variety of media formats.

### WEBSITE DESIGN

RG/2 Claims can assist in the design and hosting of a website specific to the client's needs to allow for document posting, as well as pertinent information and deadlines about the case. RG/2 Claims can also provide various options for claims filing, which includes an online portal that allows claimants to submit their claims and supporting documentation through the website.

### CLAIMS PROCESSING

RG/2 Claims utilizes a proprietary and customizable database that provides a single-source management tool throughout the claims administration process, expediting decision making and resource management. RG/2 Claims' proprietary and sophisticated CLEVerPay® system centralizes the entire process while providing information sharing and communications solutions, from the initial mailing through distribution of settlement funds and reconciliation of payments.

### DISTRIBUTION AND TAX SERVICES

RG/2 Claims' in-house tax, accounting and financial services professionals provide disbursement services, including management of checking, sweep, escrow and related cash accounts, as well as non-cash assets, such as credits, gift cards, warrants and stock certificates. RG/2 Claims' in-house CPAs provide a broad array of accounting services, including securing private letter rulings from the IRS regarding the tax reporting consequences of settlement payments, the preparation of settlement fund tax returns and the preparation and issuance of IRS Forms 1099 and W-2.

# Range of Services
## Offering Unparalleled Value

RG/2 offers a range of quality value-added services for your class action administration.

## SECURITIES

RG/2 Claims' highly experienced team uses its various resources to locate beneficial holders of securities, including working with the Depository Trust Company and a proprietary list of nominee firms to identify and mail notices to the class. With RG/2 Claims' CLEVerPay system, claims are processed efficiently and accurately using our proprietary damage grid that calculates class member damages in accordance with a broad array of complex plans of allocation. Claims are automatically flagged through a validation process so RG/2 Claims can communicate with class members concerning their claims and can assist them in filing claims that are complete and properly documented. Once ready for distribution, RG/2 Claims conducts an audit of the claims to insure against calculation errors and possible fraudulent claims. Once the audit is completed, RG/2 Claims calculates distribution amounts for eligible class members in accordance with the plan of allocation and issues checks and any applicable tax documents. RG/2 Claims is also often called upon to act as the Escrow Agent for the Settlement Fund, investing the funds and filing all required tax returns.

## ANTITRUST

Because of the high-dollar settlements involved in most antitrust cases and potential large recoveries on behalf of class members, RG/2 Claims understands the importance of accuracy and attention to detail for these cases. RG/2 Claims works with counsel to arrive at the best possible plan to provide notice to the class. With RG/2 Claims' CLEVerPay system, claims filed with a large volume of data, which is common in an antitrust case, can be quickly and easily uploaded into our database for proper auditing. Our highly-trained staff consults with counsel to apply an audit plan to process claims in an efficient manner while ensuring that all claims meet class guidelines. Once ready for distribution, RG/2 Claims calculates check amounts for eligible class members in accordance with the plan of allocation and will issue checks (including wire transfers for large distributions) as well as any necessary tax documents. RG/2 Claims is also available to act as the Escrow Agent for the Settlement Fund, investing the funds and filing all required tax returns.

## EMPLOYMENT

With an experienced team of attorneys, CPAs, damage experts and settlement administrators, RG/2 Claims handles all aspects of complex employment settlements, including collective actions, FLSA, gender discrimination, wage-and-hour and, in particular, California state court class and PAGA settlements. RG/2 Claims utilizes technological solutions to securely receive and store class data, parse data for applicable employment information, personalize consents forms or claim forms, collect consents or claims electronically, calculate settlement amounts and make payments through our proprietary CLEVerPay system. Our proprietary database also allows for up-to-the-minute statistical reporting for returned mail, consents or claims received and exclusions submitted. Our CPAs concentrate on withholding and payroll issues and IRC section 468(B) compliance and reporting. Customizable case-specific websites allow for online notification and claims filing capabilities. With Spanish/English bilingual call center representatives on-staff, class members are provided immediate attention to their needs.

## CONSUMER

RG/2 Claims handles a wide range of complex consumer matters with notice dissemination to millions of class members and with settlements involving cash, coupons, credits and gift cards. Our experienced claims administrators are available to provide guidance on media, notice and distribution plans that are compliant with the Class Action Fairness Act and the state federal rules governing notice, and that are most beneficial to the class. Our proprietary CLEVerPay system provides a secure and efficient way to track class member data, claims and payments. Integrated with our database, we can provide a user-friendly claims filing portal that will allow class members to complete a static claim form or log-in using user-specific credentials to view and submit a claim personalized just for that user. A similar online portal can be provided as a highly cost-effective method for distribution where the class member can log in to obtain coupons, vouchers or credits as their settlement award.

Effective administration requires proactive planning and precise execution. Before we undertake any matter, we work with you to develop a specific plan for the administration of your case. The service plan is comprehensive, complete and tailored to your specific needs.

## RG/2 CLAIMS PROVIDES THE SERVICES SUMMARIZED BELOW:

- Technical consultation during formulation of settlement agreement, including data collection criteria and tax consequences
- Design and development of notice and administration plan, including claim form design and layout
- Claim form and notice printing and mailing services
- Dedicated claimant email address with monitoring and reply service
- Calculation and allocation of class member payments
- Claim form follow-up, including issuing notices to deficient and rejected claims
- Mail forwarding
- Claimant locator services
- Live phone support for claimant inquiries and requests
- Claim form processing
- Claim form review and audit
- Check printing and issuance
- Design and hosting of website access portals
- Online claim receipt confirmation portal
- Ongoing technical consultation throughout the life cycle of the case
- Check and claim form replacement upon request

## WE ALSO PROVIDE THE FOLLOWING OPTIONAL SERVICES:

- Periodic status reporting
- Customized rapid reporting on demand
- Issue reminder postcards
- Consultation on damage analyses, calculation and valuation
- Interpretation of raw data to conform to plan of allocation
- Issue claim receipt notification postcards
- Online portal to provide claims forms, status and contact information
- Dedicated toll-free claimant assistance line
- Evaluation and determination of claimant disputes
- Opt-out/Objection processing
- Notice translation
- Integrated notice campaigns, including broadcast, print and e-campaigns
- Pre-paid claim return mail envelope service
- Web-based claim filing
- 24/7 call center support
- Damage measurement and development of an equitable plan of allocation

## WE ALSO PROVIDE CALCULATION AND WITHHOLDING OF ALL REQUIRED FEDERAL AND STATE TAX PAYMENTS, INCLUDING:

- Individual class member payments
- Qualified Settlement Fund (QSF) tax filings
- Employment tax filings and remittance
- Generation and issuance of W-2s and 1099s
- Integrated reporting and remittance services, as well as client-friendly data reports for self-filing

Don't see the service you are looking for?
**Ask us. We will make it happen.**



FOR MORE INFORMATION, PLEASE CONTACT:

Phone: 1.866.742.4955 (toll free)
Email: info@rg2claims.com

WWW.RG2CLAIMS.COM



BOUTIQUE ADMINISTRATOR WITH
WORLD-CLASS CAPABILITIES

PHILADELPHIA • NEW YORK • ATLANTA • SAN DIEGO • SAN FRANCISCO