## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 8:20-cv-00885-SVW-MRW | Date | August 7, 2023 |
|---|---|---|---|
| Title | Karla Maree v. Deutsche Lufthansa AG | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | Katie Thibodeaux | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Yeremey O. Krivoshey | Colleen M. Carey Gulliver |
| | James Stevens |
| | Counsel for Objectors: Jason Frank |

**Proceedings:**       FINAL APPROVAL HEARING;
]206] MOTION for Settlement Approval of Class Action Settlement (Final Approval) filed by Plaintiffs;
[207] MOTION for Attorney Fees , Costs, and Expenses, and Incentive Awards filed by Plaintiffs

The settlement is approved.  Order to issue.

|  | : | 15 |
|---|---|---|
| Initials of Preparer | | PMC |