FILED

OCT 17 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KARLA MAREE; MOURAD GUERDAD, on behalf of themselves and all others similarly situated, | No. 23-55795 |
| Plaintiffs-Appellees, | D.C. No. 8:20-cv-00885-SVW-MRW Central District of California, Santa Ana |
| v. | ORDER |
| JANA CASTANARES; DENNIS CASTANARES, | |
| Objectors-Appellants, | |
| v. | |
| DEUTSCHE LUFTHANSA A.G., | |
| Defendant-Appellee. | |

Before: S.R. THOMAS, WARDLAW, and COLLINS, Circuit Judges.

Objectors-Appellants' motion to file a late reply brief (Dkt. No. 84) is granted, and the sealed unredacted reply brief submitted at Docket Entry 87 shall be filed. Defendant-Appellee's unopposed motions (Dkt. Nos. 82, 83, 88, 89) to maintain specified documents under seal are granted. The Clerk will maintain under seal Docket Entries 77 and 87. Within 21 days of this order, Objector-Appellants must submit for public filing a redacted version of the sealed reply brief (Dkt. 87) that track the redactions set forth in the motions to maintain that

document under seal. The page numbering and citations in the public version must remain the same as in the sealed version. Objector-Appellants shall submit to the principal office of the Clerk, for delivery on or before October 22, 2024, six (6) copies of the unredacted reply brief in paper format with gray covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically.